ROBERT G. AULD, Appellant, *v.* SEARS, ROEBUCK AND COMPANY, Respondent.

Argued March 6, 1942; decided April 16, 1942.

*Stephen R. J. Roach* for appellant.

*Albert P. Thill, George A. Kuittinen, Charles F. Bachmann* and *John P. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.